UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON D. MARSHALL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS HOSPITAL MANAGEMENT II, INC. d/b/a RADIUS SPECIALTY HOSPITAL,<br><br>Defendant. | No. 1:14-cv-13867 |

## CERTIFICATE OF DEFENDANT RADIUS SPECIALITY HOSPITAL, LLC PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant Radius Specialty Hospital, LLC ("Defendant") d/b/a/Radius Specialty Hospital, erroneously sued as Radius Hospital Management II, Inc., hereby affirms that it has conferred with counsel with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation, and to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 11, 2015.

Respectfully submitted,

By: /s/ Paul Kemp

Paul Kemp
Authorized Agent
Radius Specialty Hospital, LLC, d/b/a Radius
Specialty Hospital.

By: /s/ Douglas E. Brayley
Jeffrey F. Webb (BBO # 674478)
Douglas E. Brayley (BBO # 676821)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000
Jeffrey.Webb@ropesgray.com
Douglas.Brayley@ropesgray.com
*Attorneys for Defendant Radius Specialty Hospital, LLC*

48783221_1

## **CERTIFICATE OF SERVICE**

    I, Douglas E. Brayley, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: March 11, 2015                            s/ Douglas E. Brayley
                                                                   Douglas E. Brayley

3

48783221_1