UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHANNON D. MARSHALL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS HOSPITAL MANAGEMENT II, INC. d/b/a RADIUS SPECIALTY HOSPITAL<br><br>Defendants. | C. A. NO. 1:14-CV-13867-FDS |

# ORDER ON DEFENDANT'S COUNSELS' MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**SAYLOR, J.**

Jeffrey Webb and Douglas Brayley of Ropes & Gray LLP, counsel of record the defendant in this matter, moved on July 21, 2015, for leave to withdraw their appearance. In support of the motion, counsel stated that defendants have requested and instructed counsel to move to withdraw.

Because a corporation or other entity may not proceed *pro se*, the Court will provide defendant with a reasonable opportunity to obtain new counsel. Accordingly, the motion to withdraw will be granted, effective 28 days from the date of this order. If no successor counsel has entered an appearance by that time, the clerk will enter a default against any unrepresented entity.

**So Ordered.**

Dated: 8/5/2015 /s/ F. Dennis Saylor, IV  
F. Dennis Saylor, IV  
United States District Judge