UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SHANNON D. MARSHALL, on behalf of herself and all others similarly situated,**

**Plaintiff,**

CASE NO. 1:14-cv-13867-FDS

v.

**RADIUS HOSPITAL MANAGEMENT II, INC. d/b/a RADIUS SPECIALTY HOSPITAL,**

**Defendant.**

## ORDER GRANTING DEFAULT JUDGMENT

**SAYLOR, J**

Defendant having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff and an affidavit from Plaintiff's counsel demonstrating that Defendant owes Plaintiff and the certified class damages, that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred litigation expenses in prosecuting her claim.

It is hereby ORDERED, ADJUDGED AND DECREED that Defendant shall pay the Plaintiff and certified class damages in the amount of $1,903,873.71, plus interest on the amount due until such damages are paid in full; it is

FURTHER ORDERED that Defendant shall pay the Plaintiff's attorneys' fees in the total amount of $84,879.00 and reimbursement of its expenses in the amount of $5,232.43, plus interest on the amount due until paid in full; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to

this judgment; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a).

.

| | |
|---|---|
| Dated: January 21, 2016 | /s/ F. Dennis Saylor_____<br>Honorable F. Dennis Saylor<br>United States District Judge |